Exhibit B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------x

STRATEGIC GROWTH INTERNATIONAL, INC.,

                Plaintiff,

       -against-

TERREMARK WORLDWIDE, INC.,
MANUEL MEDINA, and JOSE SEGRERA,

                Defendants.
------------------------------------------------------------------x

Case No. 106734/07

**NOTICE THAT NOTICE OF REMOVAL HAS BEEN FILED**

TO THE SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY:

PLEASE TAKE NOTICE that Terremark Worldwide, Inc., Mr. Manuel Medina and Mr. Jose Segrera, Defendants in this action, have, pursuant to federal law, filed with the clerk of the United States District Court for the Southern District of New York, a Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1367 (a) and 1441. Pursuant to that Notice of Removal, this Court has been divested of its jurisdiction. Therefore, this Court is respectfully requested to proceed no further in this action, unless and until the action is remanded by the United States District Court.

A copy of the Notice of Removal filed with the United States District Court for the Southern District of New York is attached and filed with this document. Notice of the Removal has been served via first class mail upon Plaintiff's counsel of record listed below:

Debra J. Guzov, Esq.
600 Madison Avenue, 14th Floor
New York, New York 11022
Tel.: (212) 371-8008

Dated: New York, New York
June 13, 2007

                                        Respectfully Submitted,

                                        GREENBERG TRAURIG, LLP

                                        By: _____
                                                 Robert A. Horowitz
                                                 200 Park Avenue
                                                 New York, New York  10166
                                                 Phone: (212) 801-9200

                                        *Attorneys for Defendants*