FILE COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
STRATEGIC GROWTH INTERNATIONAL, INC.,

                Plaintiff,

      -against-

TERREMARK WORLDWIDE, INC.,
MANUEL MEDINA, and JOSE SEGRERA,

                Defendants.
------------------------------------------------------------------x

JUDGE KARAS

07 CIV 5647

Case No.

**Rule 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Terremark Worldwide, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: **None.**

Dated: New York, New York
       June 13, 2007

                                              GREENBERG TRAURIG, LLP

                                              By: _____
                                                 Robert A. Horowitz (RH-2814)
                                              200 Park Avenue
                                              New York, New York 10166
                                              Tel: (212) 801-9200

                                              *Attorneys for Defendants*

[RECEIVED JUN 13 2007 U.S.D.C. S.D.N.Y. CASHIERS stamp]

## CERTIFICATE OF SERVICE

I hereby certify that on this day I served the foregoing **RULE 7.1 STATEMENT** by mailing a true and correct copy thereof to the following person by first-class mail addressed to:

>Debra J. Guzov, Esq.
>Guzov Ofsink, LLC
>600 Madison Avenue, 14th Floor
>New York, New York 11022
>Tel.: (212) 371-8008

This 13th day of June, 2007.

_____
Robert A. Horowitz (RH-2814)