UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRATEGIC GROWTH INTERNATIONAL, INC.<br><br>Plaintiff,<br><br>- against -<br><br>TERREMARK WORLDWIDE, INC., MANUEL MEDINA, and JOSE SEGRERA<br><br>Defendants. | Index No. CV 07-05647(KMK)<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE**, that the plaintiff, Strategic Growth International, Inc. ("Strategic Growth") hereby appears in the above entitled action, that the undersigned has been retained as attorney for said plaintiff Strategic Growth and that all papers in the above entitled action be served upon Guzov Ofsink, LLC, located at 600 Madison Avenue, 14th Floor, New York, New York 10022, Attention: D. Reeves Carter rcarter@golawintl.com and Debra J. Guzov dguzov@golawintl.com.

Dated: New York, New York.
August 10, 2007

Respectfully submitted,

GUZOV OFSINK, LLC

By: _____
D. Reeves Carter
Debra J. Guzov
*Attorneys for Plaintiff*
*STRATEGIC GROWTH*
*INTERNATIONAL, INC.*
600 Madison Avenue, 14th Floor
New York, New York 10022
(212) 371-8008