# Greenberg
# Traurig

Robert A. Horowitz
212-801-2194
horowitzr@gtlaw.com



September 26, 2007

**VIA HAND DELIVERY**

Honorable Richard L. Sullivan
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

      Re:   *Strategic Growth International v. Terremark Worldwide, Inc.,*
            *Manuel Medina, and Jose Segrera*
            Case No.: 07-CV-5647

Dear Judge Sullivan:

We represent defendants Terremark Worldwide, Inc. ("Terremark"), Manuel Medina ("Medina") and Jose Segrera ("Segrera") (collectively, "Individual Defendants," and with Terremark, collectively, "Defendants") in the above-entitled action. In accordance with Judge Karas' instruction, we are writing to advise the Court of the status of Terremark's prior-filed action against Strategic Growth International, Inc. ("SGI") in Florida state court (the "Florida Action")

This case was initially assigned to Judge Karas. In accordance with Judge Karas' Individual Practice Rules, Defendants requested a pre-motion conference with respect to their proposed motion to dismiss or stay this action in favor of the Florida action or, in the alternative, to dismiss the action in its entirety against the Individual Defendants pursuant to Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction, and Fed. R. Civ. P. 12(b)(3) for improper venue, and to dismiss all the claims, other than the claim for declaratory relief asserted against Terremark, pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim.

At the conference held on August 16, 2007, Judge Karas temporarily stayed this action in light of the fact that SGI had filed a motion to dismiss in the Florida action which, if granted, would moot the portion of Defendant's motion based on the prior pending

Honorable Richard J. Sullivan
September 26, 2007
Page 2.


Florida action. Judge Karas directed counsel to report to the Court on the status of the Florida action in advance of a follow-up conference scheduled for September 28, 2007.

We are writing to advise the Court that SGI's motion to dismiss the Florida action has been set for hearing on October 16, 2007. Both sides agree that the temporary stay should remain in place pending a decision on that motion.

Please advise if this is acceptable and whether the conference will proceed on September 28 as currently scheduled.

Respectfully submitted,

Robert A. Horowitz

cc: Debra J. Guzov, Esq. (via fax)
Reeves Carter, Esq.
Guszov Ofsink, LLC
600 Madison Avenue
New York, New York 11022
*Attorneys for Plaintiff*

> Conference adjourned to November 1, 2007 at 10:30AM. Counsel to provide status letter to this court by October 29, 2007.
>
> SO ORDERED
> Dated:
> RICHARD J. SULLIVAN
> U.S.D.J.
> 9/27/07