USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/6/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STRATEGIC GROWTH INTERNATIONAL, INC.,

          Plaintiff,

-v-

TERREMARK WORLDWIDE, INC., *et al.*,

          Defendants.

No. 07 Civ. 5647 (RJS) (KNF)

ORDER

---

RICHARD J. SULLIVAN, District Judge:

    At the conference held before the Court on November 1, 2007, the Court issued the following directives:

> The parties are hereby referred to the Honorable Kevin N. Fox, Magistrate Judge, for a settlement conference, pursuant to this Court's Referral Order dated November 1, 2007. The parties shall contact Judge Fox's chambers forthwith, in accord with Judge Fox's Individual Rules regarding communications with chambers, in order to schedule the conference.
>
> Defendants shall submit their motion to dismiss by December 3, 2007.
>
> Plaintiff shall submit its opposition papers by December 17, 2007.
>
> Defendants shall submit their reply papers, if any, by December 28, 2007.

    Furthermore, IT IS HEREBY ORDERED that the parties shall appear for a status conference on January 24, 2008, at 2:30 p.m. in the United States District Court, 500 Pearl Street, New York, New York, Courtroom 21C.

SO ORDERED.

DATED:    New York, New York
              November 5, 2007

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE