GREENBERG TRAURIG, LLP
Robert A. Horowitz (RH-2814)
200 Park Avenue
New York, New York 10166
Tel.: (212) 801-9200

*Attorneys for Terremark*
*WorldWide, Inc., Manuel*
*Medina, and Jose Segrera*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

STRATEGIC GROWTH INTERNATIONAL, INC.,            :
                                                 :
                                 Plaintiff,      :
                                                 :
                                                 :   Case No.: 07 CIV 5647 (KMK)
                    -against-                     :
                                                 :   **NOTICE OF MOTION**
TERREMARK WORLDWIDE, INC.,                        :
MANUEL MEDINA, and JOSE SEGRERA,                 :
                                                 :
                                 Defendants.     :
------------------------------------------------------------------------ x

        PLEASE TAKE NOTICE that, upon the annexed Affidavit of David Freedman,

sworn to on June 25th, 2007, together with the exhibits annexed thereto, the

accompanying memorandum of law served and filed herewith, and all prior pleadings and

proceedings, Defendants Terremark Worldwide, Inc. ("Terremark"), Manuel Medina and

Jose Segrera ("Defendants") will move this Court, before the Honorable Richard J.

Sullivan on a date and time designated by the Court, or as soon thereafter as counsel may

be heard, for an order staying or dismissing this action in favor of the prior pending

action Terremark filed against Strategic Growth International, Inc. in the Circuit Court

for the 11th Judicial District of Florida; alternatively, dismissing the action in its entirety

as to Manuel Medina and Jose Segrera pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(3),

and dismissing each of Plaintiffs' claims as to all Defendants, except for the declaratory

judgment claim asserted against Terremark,  pursuant to Fed. R. Civ. P. 12(b)(6), and

granting such other and further relief as the Court may deem just and proper.   Oral

argument will be on a date and at a time designated by the Court.

Dated: New York, New York
       November 30, 2007

                                        Respectfully submitted,

                                        By_____
                                        Robert A. Horowitz (RH-2814)
                                        Greenberg Traurig, LLP
                                        200 Park Avenue
                                        New York, New York  10166
                                        Telephone:  (212) 801-9200
                                        Fax:  (212) 801-6400
                                        horowitzr@gtlaw.com
                                        *Attorneys for Defendants*

To:    Debra J. Guzov, Esq.
       Reeves Carter, Esq.
       Guszov Ofsink, LLC
       600 Madison Avenue
       New York, New York 11022
       *Attorneys for Plaintiff*

2