UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STRATEGIC GROWTH
INTERNATIONAL, INC.,

                    **Plaintiff,**

-v-

**TERREMARK WORLDWIDE, INC., ET AL**

                    **Defendants.**



Case No.
07-cv-5647 (RJS)KNF)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

It having been reported to the Court that this action has been resolved,

IT IS HEREBY ORDERED, that this action is discontinued with prejudice but without costs; provided, however, that if the settlement is not consummated within 30 days of the date of this Order, any party may apply by letter within the 30 day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        December 12, 2007