UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
STRATEGIC GROWTH INTERNATIONAL, INC.        07 CV 5647 (RJS)(KNF)

                Plaintiff,

vs

TERREMARK WORLDWIDE, INC., MANUEL MEDINA
and JOSE SEGRERA,

                Defendants.
----------------------------------------------------------------x



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys undersigned, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed, or conservatee, and no person not a party has an interest in the subject matter of the action (the "within action") all claims asserted against defendants TERREMARK WORLDWIDE, INC., MANUEL MEDINA and JOSE SEGRERA (collectively "Defendants"), are hereby discontinued with prejudice, but without costs or attorney's fees to any party as against the other.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be filed without further notice with the Clerk of Court.

Dated: New York, New York
February 20, 2008

| GUZOV OFSINK, LLC | GREENBERG TRAURIG, LLP |
|---|---|
| By: _____ <br> D. Reeves Carter (DC 0045) | By: _____ <br> Robert A. Horowitz (RH 2814) |
| *Attorneys for Plaintiff* <br> 600 Madison Avenue, 14th Floor <br> New York, NY 10022 <br> (212) 371-8008 | *Attorneys for Defendants* <br> 200 Park Avenue <br> New York, NY 10166 <br> (212) 801-9200 |

SO ORDERED
THIS 22 DAY OF FEBRAURY 2008

_____
RICHARD J. SULLIVAN, U.S.D.J.